Dismissed and Memorandum Opinion filed November 13, 2008








Dismissed
and Memorandum Opinion filed November 13, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00969-CR

____________

 

ALICE DEGREGORI MORALES,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
338th District Court

Harris County, Texas

Trial Court Cause No. 1173607

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a Aguilty@ plea to possession of a controlled substance.  In accordance with the
terms of a plea bargain agreement with the State, the trial court deferred
adjudication of guilt, placed appellant on community supervision for two years
and assessed a fine of $500.  Appellant filed a pro se notice of appeal.  We
dismiss the appeal.








            The trial
court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 13, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.

Do Not Publish C Tex. R. App. P.
47.2(b)